In the Matter of the Petition of HENRY H. LYMAN, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 12,300, Issued to ERIE COUNTY ATHLETIC CLUB, Appellant.

*Matter of Lyman*, 46 App. Div. 387, affirmed.
(Submitted April 18, 1900; decided May 8, 1900.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 4, 1900, affirming an order of Special Term denying a motion of defendant for the trial of the issues herein by a jury, and appointing a referee to take and report the proofs in relation to the allegations contained in the petition.

The questions certified were as follows: *First.* Has the court jurisdiction to grant any relief on the facts set out in the petition ?

*Second.* Is the Erie County Athletic Club, the appellant, entitled to a trial by jury on the issues raised, as a matter of right ?

*Moses Shire* and *Edward L. Jellinek* for appellant.

*Mead & Stranahan* for respondent.

Order affirmed, with costs, on opinion below.

First question certified answered in the affirmative.

Second question certified answered in the negative.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.